# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRITNEY MICHELLE SOLIZ, et al.,<br><br>Defendants. | CASE NO.: 24-CR-1733-W<br><br>**ORDER GRANTING CONTINUANCE OF STATUS HEARING**<br><br>[Doc. 48] |

On joint motion of the parties and for cause shown, the Court ORDERS that the joint motion to continue **(Doc. 48)** is **GRANTED**. It is further ORDERED that the Status Hearing currently set for September 9, 2024, at 9:00 a.m., is continued to **October 7, 2024, at 9:00 a.m**. It is further ordered that the time between September 9, 2024, and October 7, 2024, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 5, 2024

_____
Hon. Thomas J. Whelan
United States District Judge